**Waiver of Indictment**

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v. No.

**DIANN CAROL CLARK,**

the above named defendant, who is accused of WILLFUL FAILURE TO COLLECT OR PAY OVER EMPLOYMENT TAX; IN VIOLATION OF TITLE 26, UNITED STATES CODE, SECTION 7202, being advised of the nature of the charge of her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
*Defendant,*

_____
*Witness,*

_____
*Counsel for Defendant,*

Date